Entered on Docket
June 24, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Drew A. Callahan (SBN 254257)
dcallahan@aldridgepite.com
Justin S. Moyer (SBN 275985)
jmoyer@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

The following constitutes
the order of the court. Signed June 23, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Movant,
Westlake Financial Services

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JAMERSON S FONTILLAS,<br><br>Debtor. | Case No. 13-45734-RLE<br><br>Chapter 13<br><br>R.S. No. DAC-021<br><br>**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**<br><br>**Hearing**:<br>DATE: June 24, 2015<br>TIME: 1:30 p.m.<br>CTRM: 1300 Clay Street, Ctrm 201<br>Oakland, CA 94612 |

The parties having agreed to the terms set forth in the Stipulation Granting Adequate Protection are bound by the terms of their stipulation. The Stipulation Granting Adequate Protection, docket entry number 64, is hereby approved and made an order of the court.

** END OF ORDER **

-1-    CASE NO. 13-45734-RLE
**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Jamerson S Fontillas |
| 3 | 1593 Thrush Ave.<br>San Leandro, CA 94578 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2- CASE NO. 13-45734-RLE
**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**