

1  Rabin J. Pournazarian, SBN 186735
**PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
Encino, CA 91436
3  (818) 995-4540 Telephone
(818) 995-9277 Facsimile
4

5  Attorneys for Debtor

The following constitues
the order of the court. Signed July 15, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-45734 |
| | Chapter 13 |
| **JAMERSON FONTILLAS.** | |
| Debtor. | |

## ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN

Having reviewed the Debtors' Motion to Modify Chapter 13 Plan, along with supporting documentation, and having noted no opposition to said motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtors' Chapter 13 Plan be modified to change the language in Section 1.01 to:

Pay to Trustee $ __475.00__ per month for __2__ months

Debtor shall after __2__ months, pay $ __450.00__ per month for __1__ months

Debtor shall after __3__ months, pay $ __975.00__ per month for __1__ month

Debtor shall after __4__ months, pay $ __0.00__ per month for __1__ month

Debtor shall after __5__ months, pay $ __475.00__ per month for __4__ months

Debtor shall after __9__ months, pay $ __0.00__ per month for __1__ month

Debtor shall after __10__ months, pay $ __340.00__ per month for __1__ month

Debtor shall after __11__ months, pay $ __610.00__ per month for __1__ month

Debtor shall after __12__ months, pay $ __750.00__ per month for __1__ month

Debtor shall after **13** months, pay $**550.00** per month for **1** month

Debtor shall after **14** months, pay $**0.00** per month for **1** month

Debtor shall after **15** months, pay $**1,075.00** per month for **1** month

Debtor shall after **16** months, pay $**0.00** per month for **3** months

Debtor shall after **19** months, pay $**475.00** per month for **41** months.

Plan be modified to change the following language in Section 2.03 to:

Debtor's attorney of record has received $1,799.24 from Trustee. The balance of attorney fees is $3,545.76. The monthly payment will be $125.00 commencing June 2015.

Plan be modified to change the following language in Section 2.05 to:

Hilwood Owners Association - As of 5/8/2015, the Trustee has disbursed $0.00 to Hilwood Owners Assoc. The balance will be paid with a monthly payment $92.69 commencing June 2015. The balance will be paid with a monthly payment $92.69 commencing June 2015.

Seterus - As of 5/8/2015, the Trustee has disbursed $5,446.01 to Seterus/Fed National Mortgage. The balance will be paid with a monthly payment $210.92 commencing June 2015. The balance will be paid with a monthly payment $210.92 commencing June 2015.

***END OF ORDER***

Court Service List